FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2021

No. 04-21-00155-CV

**IN THE INTEREST OF M.K.V., A CHILD**

From the County Court, Val Verde County, Texas
Trial Court No. 2020-0007-CCl
Honorable Sergio J. Gonzalez, Judge Presiding

# O R D E R

The Department's brief is due on August 10, 2021. *See* TEX. R. APP. P. 38.6(b). Before the due date, the Department filed an unopposed first motion for a twenty-day extension of time to file its brief.

The motion is GRANTED. The Department's brief is due on August 30, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court